UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JACK ALLEN CREEDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-1176-JPO |
| | ) | |
| JOEL MEREZ TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT IN A CIVIL ACTION**

The court has ordered that the plaintiff, Jack Allen Creeden, recover nothing, that this action be dismissed (<u>not</u> on the merits), and that the defendant, Joel Merez Torres, recover costs from the plaintiff.

This action was decided by U.S. Magistrate Judge James P. O'Hara on a motion to dismiss for lack of subject matter jurisdiction (doc. 17).

TIMOTHY M. O'BRIEN
CLERK OF COURT

Dated:  November 21, 2013       s/ Kathleen L. Grant
Deputy Clerk